HAWAIIAN COMMERCIAL AND SUGAR COMPANY, LIMITED, A HAWAII CORPORATION *v.* COUNTY OF MAUI, A POLITICAL SUBDIVISION OF THE STATE OF HAWAII.

No. 4323.

JUNE 10, 1964.

TSUKIYAMA, C.J., WIRTZ, LEWIS, MIZUHA, JJ., AND CIRCUIT JUDGE TASHIRO, IN PLACE OF CASSIDY, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Pratt, Moore, Bortz & Vitousek* (*Allen M. Stack*), for the petition.